# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>v.<br><br>BRADLEY CROWDER,<br>            Defendant. | CERTIFICATE OF SERVICE<br><br><br><br>Criminal No: 08-291 (02) (MJD/FLN) |

I hereby certify that on April 24, 2009, I caused the following document(s):

1. Defendant's Position Regarding Sentencing Factors

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

   Jeffrey Paulsen
   W. Anders Folk
   Assistant U.S. Attorneys

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

   N/A

Dated: April 24, 2009             *s/ Andrew H. Mohring*
                                  Andrew H. Mohring
                                  Attorney ID No. 190731
                                  Attorney for Defendant
                                  107 U.S. Courthouse
                                  300 South Fourth Street
                                  Minneapolis, MN 55415